IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYRIE MORRIS,<br><br>           Plaintiff,<br><br>   v.<br><br>COREY CAUDLE,<br><br>           Defendant. | No.<br><br><br><br>JURY DEMANDED. |

# COMPLAINT

Plaintiff Kyrie Morris alleges as follows:

1. This is a civil action arising under Illinois's substantive law of torts, including the Animal Control Act, 510 ILCS 5/1, <u>et seq.</u> The jurisdiction of this Court is conferred by 28 U.S.C. § 1332(a)(1).

2. Plaintiff is a citizen of Arizona.

3. Defendant is a citizen of Illinois and a resident of this judicial district.

4. All events described herein occurred in this judicial district.

5. On June 24, 2022, plaintiff was a social guest at defendant's home and was conducting herself peacefully when she was attacked, without provocation, by defendant's Rottweiler.

6. Plaintiff sustained serious injuries in the attack. In particular, defendant's dog bit plaintiff's left breast, causing a large hematoma with resultant mass and permanent scarring that requires surgical intervention.

7. Plaintiff seeks in excess of $75,000.00 in damages.

8. Plaintiff demands trial by jury.

WHEREFORE plaintiff requests that judgment be entered in her favor and against defendant.

>By: /s/ John K. Kennedy
>**JOHN K. KENNEDY**
>Kennedy Watkins LLC
>350 N. Orleans St., Suite 9000N
>Chicago, IL 60654
>(312) 448-8181
>jkennedy@kwlawchicago.com
>ARDC No. 6309407
>Counsel for Plaintiff